**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                             Case No. 17-02477

    Michelle Burrell

        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/20/2017.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,195.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,195.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,130.65 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $64.35 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,195.00

Attorney fees paid and disclosed by debtor: $83.24

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| EXPRESS AUTO TITLE LOANS | Secured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 825.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,200.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ABM ALLOCATED BUSINESS MANAG | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ACCURATE ENDODONTICS LTD | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| ACTIVE ACCEPTANNCE CORPORATI | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES MANA | Unsecured | 1,234.30 | NA | NA | 0.00 | 0.00 |
| AMERICAN CORADIUS INTERNATIOI | Unsecured | 123.60 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT/MEDICAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT/MEDICAL | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| AURORA HEALTH CARE | Unsecured | 315.45 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 2,468.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SVC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO PARKING AND RE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CONS COOP CU | Unsecured | 1,041.00 | NA | NA | 0.00 | 0.00 |
| AT&T/ERC | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FIN | Unsecured | 1,047.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FIN | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| HORIZON HEALTHCARE MANAGEMI | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| HWARFIELD/AMERICAN HOMES FOI | Unsecured | 11,218.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY CIRCUIT CLERKS OFI | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY HEALTH DEPT | Unsecured | 92.25 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 1,995.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF RONALD J HENNING | Unsecured | 1,175.24 | NA | NA | 0.00 | 0.00 |
| LINEBATGER GOGGAN BLAIR & SAM | Unsecured | 341.60 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS I | Unsecured | 133.15 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 2,954.00 | NA | NA | 0.00 | 0.00 |
| OLIVER ADJ | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| PERAKIS RESIS WOODS & ASSOCIAT | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY /COMENITY | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/SYNCHRON | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCIAL | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| THE VILLAGE OF ROUND LAKE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTIONS/W | Unsecured | 209.81 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORPORATION/NOF | Unsecured | 713.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GURNEE IL | Unsecured | 1,043.32 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GURNEE IL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WELLS WASCOW ROESSIER DDS | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,195.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,195.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/20/2017    By: /s/ Glenn Stearns
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**